IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 12 PM 2:53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

LULA M. EDWARDS,

      Plaintiff,

v.

                        No. 05-2545 B

GLENN WRIGHT, Administrator Ad
Litem of the Estate of Thomas Dickerson,
II, Deceased, GREYHOUND BUS LINES,
INC., ALEX YU CHANG, ARC
INTERNATIONAL CORPORATION,
d/b/a TRANS USA, and TRANS USA,
individually,

      Defendants.

---

ORDER GRANTING DEFENDANT GREYHOUND LINES, INC.'S UNOPPOSED MOTION
FOR LEAVE TO FILE A REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S
MOTION TO TRANSFER

---

Before the Court is October 7, 2005 motion of Defendant Greyhound Lines, Inc. for leave

to file a reply brief to address issues raised in Plaintiffs' response to its motion to transfer. As the

Court finds the motion to be well-taken, it is hereby GRANTED. Accordingly, the Clerk is

hereby directed to enter on the docket the reply memorandum submitted contemporaneously with

this motion.

IT IS SO ORDERED this 12th day of October, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-13-05

16

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CV-02545 was distributed by fax, mail, or direct printing on October 13, 2005 to the parties listed.

---

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Lucius Edwards
LAW OFFICES OF LUCIUS EDWARDS
Drawer 313
Hernando, MS 38632

Walter L. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Honorable J. Breen
US DISTRICT COURT