**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

FILED BY _____ D.C.

05 OCT 27 AM 9: 22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| LULA M. EDWARDS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-2545 B/V |
| | ) | |
| GLENN WRIGHT, Administrator Ad Litem of the Estate of Thomas Dickerson, II, Deceased, GREYHOUND BUS LINES, INC., ALEX YU CHANG, ARC INTERNATIONAL CORPORATION, d/b/a TRANS USA, and TRANS USA, individually, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

Before the Court is the parties' Joint Motion to Continue Scheduling. For good cause shown, the Motion is GRANTED. The Scheduling Conference set to occur on November 3, 2005 is hereby continued until after Judge Breen rules on Defendants' Motion to Transfer Case to Eastern Division of this District.

IT IS SO ORDERED this 26th day of October, 2005.

_____
Diane K. Vescovo

F:\GREYHOUND\EDWARDS LULA\Motion to Continue SC - PO.wpd

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-27-05

21

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CV-02545 was distributed by fax, mail, or direct printing on October 27, 2005 to the parties listed.

---

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Lucius Edwards
LAW OFFICES OF LUCIUS EDWARDS
Drawer 313
Hernando, MS 38632

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Walter L. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Christopher W. Cardwell
GULLETT SANFORD ROBINSON & MARTIN
315 Deadrick St.
Ste. 1100
Nashville, TN 37219--888

A. Scott Derrick
GULLETT SANFORD ROBINSON & MARTIN
315 Deadrick St.
Ste. 1100
Nashville, TN 37219--888

Honorable J. Breen
US DISTRICT COURT